Matter of Friends of St. Thomas The Apostle v Town of Irondequoit Zoning Bd. of Appeals (2025 NY Slip Op 07183)

Matter of Friends of St. Thomas The Apostle v Town of Irondequoit Zoning Bd. of Appeals

2025 NY Slip Op 07183

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, NOWAK, AND HANNAH, JJ.

925 CA 24-01234

[*1]IN THE MATTER OF FRIENDS OF ST. THOMAS THE APOSTLE, ET AL., PETITIONERS-APPELLANTS,
v
TOWN OF IRONDEQUOIT ZONING BOARD OF APPEALS, 43 NORTH REAL ESTATE, LLC, ST. KATERI TEKAKWITHA PARISH, DIOCESE OF ROCHESTER, ST. THOMAS THE APOSTLE ROMAN CATHOLIC CHURCH OF IRONDEQUOIT, ST. THOMAS CHURCH OF IRONDEQUOIT, RESPONDENTS-RESPONDENTS, ET AL., RESPONDENTS. 

UNDERBERG & KESSLER LLP, ROCHESTER (JACOB H. ZOGHLIN OF COUNSEL), FOR PETITIONERS-APPELLANTS. 
NIXON PEABODY LLP, VICTOR (ERIC M. FERRANTE OF COUNSEL), HARRIS BEACH MURTHA CULLINA PLLC, PITTSFORD, AND DAVIDSON FINK LLP, FOR RESPONDENTS-RESPONDENTS. 

 Appeal from a judgment (denominated order and judgment) of the Supreme Court, Monroe County (Sam L. Valleriani, J.), entered July 2, 2024, in a proceeding pursuant to CPLR article 78. The judgment, among other things, dismissed the petition. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court